**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9:24-cv-81590**

VIUNAIKYS LEON HERNANDEZ,

    Plaintiff,

CAL-MAINE FOODS, INC,

    Defendant.

_____/

**NOTICE OF REMOVAL**

Defendant, CAL-MAINE FOODS, INC. ("CAL-MAINE"), by and through undersigned counsel hereby removes this matter from the Circuit Court of the Nineteenth Judicial Circuit in and for Okeechobee County, Florida, where it is now pending, and reserving all rights, objections, and defenses, represents as follows in support of this Notice of Removal:

1.    Plaintiff, Viunaikys Leon Hernandez, served CAL-MAINE with a copy of the Complaint titled "VIUNAIKYS LEON HERNANDEZ *vs. CAL-MAINE FOODS, INC.*," filed in the Nineteenth Judicial Circuit in and for Okeechobee County, Florida.  Attached as Exhibit A is a copy of Plaintiff's Complaint and all process, pleadings and orders served upon CAL-MAINE in the action to date.

2.    CAL-MAINE was served with a copy of the Complaint on December 10, 2024. Attached as Exhibit B is the Notice of Service of Process.  Thus, 30 days have not elapsed since CAL-MAINE first received notice of Plaintiff's Complaint through service or otherwise, and removal is timely under 28 U.S.C. § 1446(b).

1

3.    The United States District Court for the Southern District of Florida is the appropriate venue for this case because it is the federal district court having jurisdiction over the place where Plaintiff's state court action is pending.

4.    This Court has jurisdiction pursuant to 28 U.S.C. § 1331 as Plaintiff's right to relief is contingent upon resolution of a substantial question of federal law.

5.    In accordance with 28 U.S.C. § 1331, district courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.   Attached as Exhibit C is Cal-Maine's consent to remove this action pursuant to 28 U.S.C. 1446(b)(2)(A).

6.    In her Complaint, Plaintiff alleges violations by CAL-MAINE under and seeks relief under Title VII of the Civil Rights Act (Title VII), 42 U.S.C. § 1981, and 42 U.S.C. 1983. (Complaint, Paras. 3, 16-19, 21-24).

7.    Thus, removal is proper under this Court's federal question jurisdiction pursuant to 28 U.S.C. § 1331.

8.    CAL-MAINE certifies that written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and to the Clerk of the Circuit Court of the Nineteenth Judicial Circuit in and for Okeechobee County, Florida.

By reason of the above, Defendant CAL-MAINE is entitled to, and hereby does, remove this action to this Court pursuant to 28 U.S.C. § 1331, and 28 U.S.C. § 1441 based on federal question jurisdiction.

Dated:  December 30, 2024

Respectfully submitted,

/s/ Laurie M. Riley
Laurie M. Riley, Esq.
Florida Bar Number:  657751
Jones Walker LLP
201 South Biscayne Boulevard, Suite 3000
Miami, FL 33131
Telephone:  305-679-5728
Facsimile: 305-679-5816
Email:  lriley@joneswalker.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I further certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

I further certify that a true and correct copy of the foregoing was e-filed electronically via the Florida Courts' E-Filing Portal system on December 30, 2024.

/s/ Laurie M. Riley
Laurie M. Riley

**Service List**:

Alberto Naranjo, Esq.
AN Law Firm, P.A.
7900 Oak Lane # 400
Miami Lakes, FL 33016
Email: an@anlawfirm.com

*Counsel for Plaintiff*

3